# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KOMRON M. ALLAHYARI, et al.,<br><br>    Defendants. | C17-668 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to amend the case caption to reflect a name change of defendant Leslie R. Allahyari, docket no. 12, is GRANTED.

(2) The Clerk is directed to amend the caption in this case by changing the name of defendant Leslie R. Allahyari to Leslie R. Cover to reflect the fact that Leslie R. Allahyari's legal name is now Leslie R. Cover. The Clerk is further directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of June, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1