1

Honorable Thomas S. Zilly

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

8

9

UNITED STATES OF AMERICA,

10

      Plaintiff,

11

      v.

12

KOMRON M. ALLAHYARI; LESLIE R.
COVER;  SHAUN ALLAHYARI; and

13

KING COUNTY,

14

      Defendants.

Case No. 2:17-cv-00668-TSZ

**ORDER OF DISMISSAL OF KING COUNTY**

15

16

      This matter is before the Court on the stipulation, docket no. 17, between the parties. In

17

consideration of that stipulation, and pursuant to the terms therein, it is hereby ORDERED that

18

King County is dismissed as a party to this action, without prejudice.

19

      DATED this 14th day of July, 2017.

20

21

22

Thomas S. Zilly
United States District Judge

23

Order of Dismissal
(Case No. 2:17-cv-00668-TSZ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3719

1   Presented by:

2

3   DAVID A. HUBBERT
    Acting Assistant Attorney General

4   */s/ Yael Bortnick*
    YAEL BORTNICK

5   Trial Attorney, Tax Division
    U.S. Department of Justice

6   P.O. Box 683
    Washington, D.C.  20044

7   202-514-6632 (v)
    202-307-0054 (f)

8   Yael.Bortnick@usdoj.gov
    *Attorneys for the United States of America*

9

10   ANNETTE L. HAYES
    Acting United States Attorney
    Western District of Washington

11   *Of Counsel*

12

13

14

15

16

17

18

19

20

21

22

23

Order of Dismissal         2
(Case No. 2:17-cv-00668-TSZ)

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3719