UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOMRON M. ALLAHYARI, LESLIE R. COVER; SHAUN ALLAHYARI; and KING COUNTY,<br><br>Defendants. | C17-668 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  United States of America's Motion to Dismiss Leslie R. Cover's Counterclaim, docket no. 20, is GRANTED. The Court lacks subject matter jurisdiction to consider Defendant Leslie R. Cover's request for innocent spouse relief under 26 U.S.C. § 6015. *See United States v. LeBeau*, No. 10cv817 BTM(NLS), 2012 U.S. Dist. LEXIS 32962, at *7–9 (S.D. Cal. Mar. 12, 2012); *United States v. Boynton*, No. 05-CV-2243-WQH (RBB), 2007 U.S. Dist. LEXIS 7764, at *4–15 (S.D. Cal. Feb. 1, 2007). Defendant Leslie R. Cover's request for a stay pending final determination of relief under § 6015 from the IRS, docket no. 24, is also DENIED.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of November, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1