Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KOMRON M. ALLAHYARI; LESLIE R. ) <br> COVER; and SHAUN ALLAHYARI, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:17-cv-00668-TSZ <br><br> **ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT** |

Before the Court is the United States of America's Motion for Leave to Amend Complaint, docket no. 27, to which no opposition was filed. Based upon the record in this proceeding and for good cause showing, the Court GRANTS the motion. The United States shall file its First Amended Complaint within fourteen (14) days of the date of this minute order, as required by Local Civil Rule 15.

IT IS SO ORDERED.

Dated this 1st day of December, 2017.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Order re: Mot. for Leave to File
Amended Complaint
(Case No. 2:17-cv-00668-TSZ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3719

*Presented by:*

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Yael Bortnick*
YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@usdoj.gov
*Attorneys for the United States of America*

ANNETTE L. HAYES
Acting United States Attorney
Western District of Washington
*Of Counsel*

Order re: Mot. for Leave to File
Amended Complaint
(Case No. 2:17-cv-00668-TSZ)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3719