Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cv-00668-TSZ |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL OF LESLIE R. COVER** |
| KOMRON M. ALLAHYARI; LESLIE R. COVER; and SHAUN ALLAHYARI, | |
| Defendants. | |

This matter is before the Court on the stipulation between the parties, docket no. 32. In consideration of that stipulation, and pursuant to the terms therein, it is hereby

ORDERED that Leslie R. Cover is hereby dismissed as a party to this action, without prejudice.

DATED this 26th day of April, 2018.

_____
Thomas S. Zilly
United States District Judge

Order of Dismissal
(Case No. 2:17-cv-00668-TSZ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3719

Presented by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Yael Bortnick*
YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@usdoj.gov
*Attorneys for the United States of America*

ANNETTE L. HAYES
United States Attorney
Western District of Washington
*Of Counsel*


*/s/ Larry N. Johnson*
LARRY N. JOHNSON
Law Office of Larry N. Johnson PLLC
14242 Ambaum Blvd. S.W., Suite 6
Burien, WA 98166
Telephone: (206) 243-7600
Facsimile: (206) 243-0151
lnjtaxlaw@comcast.net
*Attorney for Leslie R. Cover*

Order of Dismissal
(Case No. 2:17-cv-00668-TSZ)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3719