UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOMRON M. ALLAHYARI; and SHAUN ALLAHYARI,<br><br>Defendants. | C17-668 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation between plaintiff United States of America and defendant Shaun Allahyari, docket no. 39, Diane E. Tebelius and Sandra Veliz of LeSourd & Patten, P.S. are GRANTED leave to withdraw as counsel of record for Shaun Allahyari, effective immediately, and John S. Kaplan of Perkins Coie LLP is substituted as counsel of record for Shaun Allahyari.

(2) Defendant Komron M. Allahyari's unopposed motion, docket no. 40, to permit counsel to withdraw is GRANTED as follows. Diane E. Tebelius and Sandra Veliz of LeSourd & Patten, P.S. are granted leave to withdraw as counsel of record for Komron M. Allahyari, effective immediately. Defendant Komron M. Allahyari is allowed to proceed pro se. He is hereby REMINDED that he has an obligation to keep the Court apprised of his contact information and to provide the Court with any changes of address. Defendant pro se is also ADVISED that he is expected to comply with the rules and orders of this Court and that he will be held to the same standards as lawyers authorized to practice before this Court.

(3) The Clerk is DIRECTED to update the docket to reflect that Rodney J. Waldbaum withdrew as counsel of record effective August 31, 2017. *See* Notice of Substitution (docket no. 23).

MINUTE ORDER - 1

1   (4) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record and to defendant pro se Komron M. Allahyari at 3740 90th Ave SE, Mercer Island, Washington 98040.

  Dated this 18th day of June, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk