UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KOMRON M. ALLAHYARI and<br>SHAUN ALLAHYARI,<br><br>                Defendants. | C17-668 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on the United States' Motion for Summary Judgment, docket no. 41, and Defendant Shaun Allahyari's Motion for Summary Judgment, docket no. 43, for 10:00 a.m. on Thursday, July 26, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of June, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1