Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:17-cv-00668-TSZ |
| Plaintiff, ) | |
| ) | **PARTIAL JUDGMENT** |
| v. ) | |
| ) | |
| KOMRON M. ALLAHYARI; ) | |
| and SHAUN ALLAHYARI, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the parties' Stipulation for Entry of Partial Judgment, docket no. 49. In consideration of that stipulation, and finding no just reason for delay, Fed. R. Civ. P. 54(b), it is hereby

ORDERED that Partial Judgment be entered against Komron M. Allahyari as follows:

A. That judgment be entered against defendant Komron M. Allahyari and in favor of the United States on its First Claim For Relief Against Komron M. Allahyari in the

Partial Judgment
(Case No. 2:17-cv-00668-TSZ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3719

amount of $2,859,853.75, plus interest and statutory additions from June 14, 2018, pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c);

B. That judgment be entered against defendant Komron M. Allahyari and in favor of the United States on its Second Claim For Relief Against Komron M. Allahyari in the amount of $614,755.49, plus interest and statutory additions from June 14, 2018, pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c);

C. That judgment be entered against defendant Komron M. Allahyari and in favor of the United States on its Third Claim For Relief Against Komron M. Allahyari in the amount of $435,861.11, plus interest and statutory additions from June 14, 2018, pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c);

D. Komron M. Allahyari and the United States will bear their own costs and attorney's fees in connection with this claim for relief; and

E. This partial judgment does not apply to the remaining claims for relief still pending in the case.

DATED this 29th day of June, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3719

Presented by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

| | |
|---|---|
| */s/ Yael Bortnick* | */s/* |
| YAEL BORTNICK | KOMRON M. ALLAHYARI |
| Trial Attorney, Tax Division | 3740 90th Ave SE |
| U.S. Department of Justice | Mercer Island, WA 98040 |
| P.O. Box 683 | Telephone: (206) 423-1045 |
| Washington, D.C. 20044 | komron@allahyari.com |
| 202-514-6632 (v) | *Pro Se* |
| 202-307-0054 (f) | |
| Yael.Bortnick@usdoj.gov | |
| *Attorneys for the United States of America* | |

ANNETTE L. HAYES
United States Attorney
Western District of Washington
*Of Counsel*

Partial Judgment
(Case No. 2:17-cv-00668-TSZ)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3719