UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

KOMRON M. ALLAHYARI; and
SHAUN ALLAHYARI,

        Defendants.

C17-668 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Government's motion for summary judgment, docket no. 41, is STRICKEN in part as moot and otherwise DENIED. The relief requested by the Government with regard to defendant Komron M. Allahyari was already granted upon the stipulated motion of the parties, docket no. 49, and the Court has already entered partial judgment in favor of the Government and against defendant Komron M. Allahyari, *see* docket no. 50. With respect to the relief sought against defendant Shaun Allahyari, the existence of genuine disputes of material fact preclude summary judgment. *See* Fed. R. Civ. P. 56(a).

(2)    Defendant Shaun Allahyari's amended motion for summary judgment, docket no. 51, is GRANTED in part and DENIED in part. With regard to the Deed of Trust and related promissory note assigned to defendant Shaun Allahyari by the Boeing Employees' Credit Union ("BECU"), the Court concludes, as a matter of law, that defendant Shaun Allahyari has, with respect to the amount he paid to BECU in exchange for the assignment ($383,044.74), the same priority position that BECU had as to its security interest in the real property at issue, which is senior to the Government's tax liens. *See Miller v. Am. Sav. Bank & Trust Co.*, 119 Wash. 243, 250, 205 P. 388 (1922)

MINUTE ORDER - 1

("The law is well settled that—'Priority once obtained cannot be lost. The registry of a deed or mortgage is equivalent to a notice of it to all persons who may subsequently become interested in the property, and fully protects the grantee's rights. A mortgage having once obtained priority by record does not lose its place by being held by any one [even] under an unrecorded assignment.'"); *see also* I.R.S. Chief Counsel Advisory No. 201142001, 2011 WL 5014125 (Sep. 19, 2011) ("The [Internal Revenue] Service does not take priority to a mortgage when an NFTL [notice of federal tax lien] is filed after the original mortgage is properly recorded but before an assignment of that mortgage is recorded—because the mortgage retains priority over the tax lien."). The Court makes no ruling concerning the extent to which any interest that has accrued with respect to the amount defendant Shaun Allahyari paid to BECU has priority over the Government's tax liens. Defendant Shaun Allahyari's amended motion for summary judgment is otherwise DENIED.

(3) The pretrial conference is RESCHEDULED from August 24, 2018, to August 31, 2018, at 10:00 a.m. Counsel shall appear telephonically. The Court will initiate the conference call.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of July, 2018.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk