UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KOMRON M. ALLAHYARI and
SHAUN ALLAHYARI,

Defendants.

C17-668 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) As indicated in a telephonic conference with counsel earlier today, plaintiff's trial exhibits shall be numbered 1 through 99, and defendant's trial exhibits shall be numbered beginning with 101. Exhibits previously marked for purposes of the parties' cross-motions for summary judgment shall retain their original numbers.

(2) On or before August 22, 2018, each party shall provide to chambers a set of trial exhibits, appropriately tabbed and bound in three-ring binders. Counsel shall coordinate with Karen Dews at (206) 370-8830 concerning delivery of trial exhibits to chambers. A second set of trial exhibits shall be delivered to the courtroom prior to trial. Counsel shall coordinate with Gail Glass at (206) 370-8522 concerning the second (witness) set of trial exhibits.

(3) On or before August 22, 2018, counsel shall confer and submit either (i) a joint statement concerning how the trial exhibit numbers correspond to the various materials identified in the parties' respective motions in limine and responses thereto; or (ii) revised motions in limine and responses, substituting the trial exhibit numbers for the designations previously used.

MINUTE ORDER - 1

(4) Plaintiff's motion in limine, docket no. 66, as amended, docket no. 69-1, is GRANTED in part, and DEFERRED in part as follows:

    (a) Plaintiff's motion to exclude the testimony of Christie L. West is DEFERRED to the Pretrial Conference. Plaintiff may take a telephonic deposition of Christie L. West, not to exceed two (2) hours, prior to the Pretrial Conference.

    (b) Plaintiff's motion to admit the notes of John Curt, which are included in Trial Exhibit 18, is GRANTED. The Court DECLINES to exclude the notes under Federal Rule of Evidence 403.

    (c) Plaintiff's motion to exclude defendant's proposed exhibits on the ground that they were not produced during discovery is DEFERRED to the Pretrial Conference.

    (d) Plaintiff's motion to exclude defendant's proposed summaries on the ground that they do not satisfy the requirements of Federal Rule of Evidence 1006 is DEFERRED to the Pretrial Conference.

(5) Defendant Shaun Allahyari's motion in limine, docket no. 67, is DENIED as follows:

    (a) Defendant's motion to exclude the testimony of David S-Choi is DENIED.

    (b) Defendant's motion to exclude the interview notes of John Curt, which are contained in Trial Exhibit 18, is DENIED.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of August, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk