UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

KOMRON M. ALLAHYARI and
SHAUN ALLAHYARI,

        Defendants.

C17-668 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The previously deferred portions of plaintiff's motion in limine, docket no. 66, as amended, docket nos. 69-1 and 78, are further DEFERRED in part and DENIED in part as follows:

    (a) Plaintiff's motion to exclude the testimony of Christie L. West remains DEFERRED to the Pretrial Conference. Plaintiff shall file a copy of the transcript of Ms. West's telephonic deposition on or before Wednesday, August 29, 2018.

    (b) Plaintiff's motion to exclude defendant's trial exhibits 111-118, 127, 130-131, 133-135, and 139-152 on the ground that they were not produced during discovery remains DEFERRED to the Pretrial Conference. The Court tentatively concludes that the motion should be denied with respect to defendant's trial exhibits 111-118, 127, 133-134, and 139-140, which are carbon copies of checks drawn on defendant Shaun Allahyari's accounts. Each of these carbon copies was apparently sent by certified mail along with a letter to the Internal Revenue Service (Attn: Mr. Pfeiffer), dated October 6, 2006, relating to defendant Komron

MINUTE ORDER - 1

Allahyari's Offer in Compromise.  *See* Def.'s Tr. Ex. 158.  If so, plaintiff cannot claim any unfair surprise with respect to these carbon copies.  The Court defers ruling on (i) defendant's trial exhibits 130, 131, and 135, which are statements for the Bank of America account associated with Washington Law Group, Komron Allahyari's law firm, and (ii) defendant's trial exhibits 141-152, which are statements for Shaun Allahyari's account with US Bank.

(c) Plaintiff's motion to exclude defendant's trial exhibits 101, 102, 108, 110, and 153, which are summaries, because they do not satisfy the requirements of Federal Rule of Evidence 1006 remains DEFERRED to the Pretrial Conference.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2