# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOMRON M. ALLAHYARI and SHAUN ALLAHYARI,<br><br>Defendants. | C17-668 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Shaun Allahyari's Motion, docket no. 91, for Leave to File Short Post-Trial Brief re 26 U.S.C. § 6323, is DENIED. The issue was identified in the Pretrial Order (docket no. 85) as a claim, *see* Pretrial Order at pages 1-2, and as a defense, *see id.* at pages 2-3; discussed in the Government's Motion for Summary Judgment at 26-29 of 32 (docket no. 41); and addressed further in Defendant's Supplemental Trial Brief at 8-10 of 16 (docket no. 86). The issue has been fully briefed and no further briefing regarding the application of 26 U.S.C. § 6323 will be allowed.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of September, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1