THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| United States of America, | No. 2:17-cv-00668-TSZ |
| Plaintiff, | ORDER GRANTING WITHDRAWAL OF COUNSEL |
| v. | |
| Komron M. Allahyari and Shaun Allahyari, | |
| Defendants. | |

This matter is before the Court on the stipulation between the parties. In consideration of that stipulation it is hereby

ORDERED that John S. Kaplan, of Perkins Coie LLP, be allowed to withdraw as counsel for defendant Shaun Allahyari and that Avi Lipman of McNaul Ebel Nawrot & Helgren PLLC, shall continue as counsel for the aforementioned defendant.

Dated this 26th day of November, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING SUBSTITUTION OF
COUNSEL (No. 2:17-cv-00668-TSZ) –1

142171086.1