UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

KOMRON M. ALLAHYARI and
SHAUN ALLAHYARI,

          Defendants.

C17-668 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant Shaun Allahyari's Motion to Stay Judgment Pending Appeal, docket no. 104, is STRICKEN as moot, without prejudice, in light of Defendant Komron Allahyari's filing of a voluntary petition for bankruptcy and the automatic stay provision of the bankruptcy code in 11 U.S.C. § 362.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of November, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1