UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>KOMRON M. ALLAHYARI and SHAUN ALLAHYARI,<br><br>                Defendants. | C17-668 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Shaun Allahyari's Second Motion to Stay Judgment Pending Appeal, docket no. 122, is GRANTED in part. The Court ORDERS that the Judgment, docket no. 101, and Order of Foreclosure and Judicial Sale, docket no. 102, shall be stayed upon Defendant Shaun Allahyari's posting of a supersedeas bond or other security in the amount of $500,000. The Court finds that this amount is sufficient to secure the United States' expected recovery of its second position lien in the Subject Property, payment of appeal costs and damages to the United States, payment of interest on the United States' judgment for two years, and payment of local property taxes and special assessments on the Subject Property for two years. Except as granted by this Minute Order, Defendant's motion is DENIED. Defendant has not demonstrated sufficient reason to depart from the typical requirement of a bond to secure the value of the judgment and potential costs during the pendency of the appeal. *See, e.g.*, *United States v. O'Callaghan*, 805 F. Supp. 2d 1321, 1325-26 (M.D. Fla. 2011); *United States v. Yee*, 2009 WL 3485483, at *2 (C.D. Cal. Oct. 28, 2009); *United States v. Goltz*, 2007 WL 295558, at *2 (W.D. Tex. Jan. 25, 2007).

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of March, 2019.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk