UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KOMRON M ALLAHYARI, et al.,

    Defendants.

C17-668 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Shaun Allahyari's Motion to Post Security, docket no. 128, is DENIED. The Judgment, docket no. 101, and Order of Foreclosure and Judicial Sale, docket no. 102, shall be stayed only upon Defendant Shaun Allahyari's posting of a supersedeas bond in the amount of $500,000.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of April, 2019.

                                  William M. McCool
                                  Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1