UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KOMRON M. ALLAHYARI, et al., <br><br> Defendants. | C17-668 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Shaun Allahyari's Motion to Quash and for Other Relief, (docket no. 133) and Non-party Jamie Olander's Joinder in Shaun Allahyari's Motion to Quash, (docket no. 137), are DENIED. Federal Rule of Civil Procedure 45 does not require advance notice of post-judgment subpoenas and the United States' subpoena to Wells Fargo regarding Claims Calculator, Inc. and Tiger Mountain Law Group, P.S. was not substantively improper.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of May, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1