# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KOMRON M. ALLAHYARI, et al.,

    Defendants.

C17-668 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government has filed a Motion for Installment Payment Order, docket no. 147, and a "Notice of Motion for an Installment Payment Order," docket no. 148. Komron Allahyari received actual notice of the Motion and, in response, filed a request for a hearing, docket no. 151. Pursuant to 28 U.S.C. § 3204(a) and Defendant Komron Allahyari's request for a hearing, an evidentiary hearing on Plaintiff's Motion for an Installment Payment Order, docket no. 147, is SET for Tuesday, February 11, 2020, at 10:00 a.m. Plaintiff's Motion is RENOTED to the date of the hearing.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of January, 2020.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk