UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KOMRON M. ALLAHYARI, et al.,

    Defendants.

C17-668 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff United States of America and Defendant Komron M. Allahyari are DIRECTED, on or before February 6, 2020, to file a list of witnesses to be called, indicating how long each will testify, and exhibits to be offered at the February 11, 2020, evidentiary hearing. On or before February 6, 2020, each party shall also provide two sets of exhibits, appropriately tabbed and bound in three-ring binders. Plaintiff's exhibits shall be numbered consecutively beginning with 1; Defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after Plaintiff's last exhibit. For example, if Plaintiff's last exhibit is numbered 159, then Defendant's exhibits shall begin with the number 200. Counsel shall coordinate with Gail Glass at (206) 370-8522 concerning the delivery of exhibit notebooks.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of January, 2020.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1