UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

KOMRON M ALLAHYARI, et al.,

        Defendants.

C17-668 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The start time of oral argument on the Government's motion for Installment Payment Order, docket no. 147, on Tuesday, February 11, 2020, is **RESET to 9:00 AM**. The Court anticipates that the hearing will take 3-4 hours.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of February, 2020.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1