Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KOMRON M. ALLAHYARI and SHAUN ALLAHYARI, <br><br> Defendants. | Case No. 2:17-cv-00668-TSZ <br><br> **ORDER GRANTING UNITED STATES' MOTION FOR AN INSTALLMENT PAYMENT ORDER** |

Upon consideration of the United States' Motion for an Installment Payment Order, docket no. 147, and the evidence presented, and after taking into consideration the income, resources, and expenses of Komron M. Allahyari, it is HEREBY ORDERED under 28 U.S.C. §§ 3202 and 3204 that:

1. The United States' Motion for an Installment Payment Order is GRANTED;
2. Komron M. Allahyari shall make regular installment payments of $4,500 per month to the United States Department of Justice in payment towards the judgment liability in this matter. Payment shall commence on March 16, 2020, and each month thereafter on the 15th of each subsequent month;

Order Granting U.S. Mot. for an Installment Payment Order
(Case No. 2:17-cv-00668-TSZ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

3. Within seven days of the entry of this Order, Komron M. Allahyari will take the steps necessary to arrange for these installment payments to be made via ACH debiting, consistent with instructions from the Department of Justice, Tax Division's Financial Litigation Unit; and

4. Failure to comply with this Order may result in a finding of contempt against Komron M. Allahyari.

DATED this 11th day of February, 2020.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Yael Bortnick*
YAEL BORTNICK
NITHYA SENRA
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (Bortnick)
202-307-6570 (Senra)
202-307-0054 (fax)
Yael.Bortnick@usdoj.gov
Nithya.Senra@usdoj.gov
*Attorneys for the United States of America*

BRIAN T. MORAN
United States Attorney
Western District of Washington
*Of Counsel*

Order Granting U.S. Mot. for an Installment Payment Order
(Case No. 2:17-cv-00668-TSZ)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632