UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

KOMRON M. ALLAHYARI; and
SHAUN ALLAHYARI,

        Defendants.

C17-668 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Pursuant to the parties' Joint Stipulation, docket no. 175, the Court adopts the following briefing schedule:

        **November 19, 2021**, Shaun Allahyari will submit an opening brief.

        **December 8, 2021**, the United States will submit a response brief.

        **December 17, 2021**, Shaun Allahyari will submit a reply brief.

        **January 7, 2022**, the United States will submit a reply brief.

    (2)    The parties are DIRECTED to brief the following issues:  (1) whether Shaun Allahyari parted "with money or money's worth" when acquiring the 2005 Deed of Trust under Washington law; (2) whether the 2005 Deed of Trust was a fraudulent transfer, applying the clear and substantial proof standard, under Washington law; (3) the effect of the six-year statute of limitations when calculating the value of Shaun Allahyari's senior lien under the BECU Deed of Trust; (4) whether and to what extent the

MINUTE ORDER - 1

Court can decide these issues without further hearing or trial; and (5) if a further hearing or trial is necessary, when the parties will be prepared to proceed to a hearing, how long any hearing is likely to last, the number of witness each side is likely to call, whether the parties agree to conduct the trial virtually, and setting forth any issues that might affect the case schedule.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of November, 2021.

    Ravi Subramanian
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 2