Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOMRON M. ALLAHYARI and SHAUN ALLAHYARI,<br><br>Defendants. | C17-668 TSZ<br><br>**ORDER APPROVING STIPULATION BETWEEN THE UNITED STATES AND SHAUN ALLAHYARI REGARDING THE VALUE OF THE BECU DEED OF TRUST AS OF MAY 1, 2022** |

This matter is before the Court on the Stipulation between the Plaintiff the United States of America and Defendant Shaun Allahyari regarding the value of the BECU Deed of Trust, taking into account the State of Washington's statute of limitations. The Court has considered the Stipulation and is otherwise fully informed. Pursuant to the Stipulation, IT IS HEREBY ORDERED:

1. The Stipulation between the United States and Shaun Allahyari regarding the value of the BECU Deed of Trust, taking in account the State of Washington's statute of limitations, is

approved.

2. The value of the BECU Deed of Trust as of May 1, 2022 is $620,000.

3. Interest at an annual interest rate of 4.125% will accrue until the BECU Deed of Trust is paid in full, whether or not through a sale of the property that is the subject of this case (3543 77th Place SE Mercer Island).

4. Shaun Allahyari agrees that in connection with a sale of the property, if ordered, he will not seek to enforce or recover other sums under the BECU Deed of Trust except as described in paragraphs 1 and 2 above taking into account any collection or payments received by Shaun Allahyari after May 1, 2022.

//

//

//

//

//

//

//

//

//

//

//

[Continued]

5. Consistent with paragraphs 1 through 3 above, the value of the BECU Deed of Trust, not taking into account any collection or payments made against it after May 1, 2022, will be:

| Date | Balance Due |
|---|---|
| 5/1/2022 | $ 620,000.00 |
| 6/1/2022 | $ 622,131.25 |
| 7/1/2022 | $ 624,230.63 |
| 8/1/2022 | $ 626,337.10 |
| 9/1/2022 | $ 628,450.67 |
| 10/1/2022 | $ 630,571.38 |
| 11/1/2022 | $ 632,699.24 |
| 12/1/2022 | $ 634,834.29 |
| 1/1/2023 | $ 636,976.53 |
| 2/1/2023 | $ 639,126.01 |
| 3/1/2023 | $ 641,282.74 |
| 4/1/2023 | $ 643,446.75 |
| 5/1/2023 | $ 645,618.06 |
| 6/1/2023 | $ 647,796.70 |
| 7/1/2023 | $ 649,982.69 |
| 8/1/2023 | $ 652,176.06 |
| 9/1/2023 | $ 654,376.83 |
| 10/1/2023 | $ 656,585.02 |
| 11/1/2023 | $ 658,800.67 |
| 12/1/2023 | $ 661,023.79 |
| 1/1/2024 | $ 663,254.41 |
| 2/1/2024 | $ 665,492.57 |
| 3/1/2024 | $ 667,738.27 |
| 4/1/2024 | $ 669,991.55 |
| 5/1/2024 | $ 672,252.44 |

6. The parties waive any future rights to appeal regarding the value of the BECU Deed of Trust, including the application of the Washington statute of limitations. The parties' agreement does not impact or waive any other rights to appeal the parties may have.

//

//

//

[Continued]

7. The parties' agreement does not impact or waive the United States' ability to seek a sale of the subject property, described above in paragraph 2, or Shaun Allahyari's right to oppose such a sale.

IT IS SO ORDERED

DATED this June 29th, 2022.

Thomas S. Zilly
United States District Judge