UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOMRON M. ALLAHYARI and SHAUN ALLAHYARI,<br><br>Defendants. | C17-668 TSZ<br><br>ORDER |

Pursuant to the Stipulated Motion for Entry of First Amended Judgment and First Amended Order of Foreclosure and Judicial Sale, docket no. 205, filed by Plaintiff United States of America and Defendants Shaun Allahyari and Komron M. Allahyari, and for good cause shown, it is hereby adjudged and decreed that:

1. The parties' Stipulated Motion, docket no. 205, is GRANTED.

2. The Government is DIRECTED to select whether it will proceed with carrying out the property sale using a receiver, an Internal Revenue Service's Property Appraisal and Liquidation Specialist representative, or the United States Marshal for the Western District of Washington or his/her representative.  The Government is further DIRECTED to file a notice of its election within 30 days of the date of this Order.

ORDER - 1

3.  The Clerk is DIRECTED to enter a first amended judgment in the form on which the parties have agreed, and to send a copy of this Order and such judgment to all counsel of record and to Defendant Komron M. Allahyari pro se.

IT IS SO ORDERED.

Dated this 9th day of December, 2024.

                                          Thomas S. Zilly
                                          United States District Judge